Martha Walsh and John W. Walsh, Appellants v. Rosa Singer, Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Duval.

Appeal dismissed on praecipe of counsel for the respective parties.

*Cromwell Gibbons,* for Appellants;

*Austin Miller,* for Appellee.

---

Louisa Singleton and Ida Singleton, as Administratrices, etc., Appellants, v. State Savings Bank of Tallahassee, etc., Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Leon.

Appeal dismissed on praecipe of counsel for appellants.

*W. J. Oven* and *S. H. Diamond,* for Appellants;

No appearance for Appellee.

---

Dave McLendon, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Walton.

Writ of Error dismissed upon praecipe of the plaintiff in error.